# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  THOMAS F. LEONARD & PATRICIA A. LEONARD          Case Number: 07-70110
1304 WILLIAMSBURG LANE           SSN-xxx-xx-3846 & xxx-xx-1281
CRYSTAL LAKE, IL  60014

                                                         Case filed on:    1/18/2007
                                                         Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $3,060.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | LEGAL HELPERS, PC | 3,000.00 | 3,000.00 | 861.41 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 861.41 | 0.00 |
| 015 | THOMAS F. LEONARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | THOMAS F. LEONARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIZENS BANK | 12,485.88 | 12,485.88 | 1,577.02 | 434.28 |
| 002 | HOME LOAN SERVICES INC | 25,536.40 | 0.00 | 0.00 | 0.00 |
| 003 | FIRST FRANKLIN | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| 013 | GMAC | 37,657.99 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 79,680.27 | 16,485.88 | 1,577.02 | 434.28 |
| 004 | AMERICAN EXPRESS CENTURION BANK | 12,378.88 | 1,237.89 | 0.00 | 0.00 |
| 005 | BANK OF AMERICA NA | 17,493.96 | 1,749.40 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 9,343.95 | 934.39 | 0.00 | 0.00 |
| 007 | LVNV FUNDING LLC | 362.56 | 36.26 | 0.00 | 0.00 |
| 008 | LVNV FUNDING LLC | 8,502.70 | 850.27 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 11,354.11 | 1,135.41 | 0.00 | 0.00 |
| 010 | KOHLS/CHASE BANK USA NA | 3,021.14 | 302.11 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 23,817.61 | 2,381.76 | 0.00 | 0.00 |
| 012 | WELLS FARGO CARD SERVICES | 7,832.32 | 783.23 | 0.00 | 0.00 |
| 014 | AMERICAN EXPRESS CENTURION BANK | 630.52 | 63.05 | 0.00 | 0.00 |
|  | Total Unsecured | 94,737.75 | 9,473.77 | 0.00 | 0.00 |
|  | Grand Total: | 177,418.02 | 28,959.65 | 2,438.43 | 434.28 |

Total Paid Claimant:    $2,872.71
Trustee Allowance:      $187.29
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                          /s/ Lydia S. Meyer
                                          Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007           By  /s/Heather M. Fagan